USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

**17-60002-CR-BLOOM**

In the United States District Court

for the _____ DISTRICT OF  Delaware

UNITED STATES OF AMERICA

V.

Lee Robert Moore

CRIMINAL NUMBER:

15-CR-63-SLR

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, Lee Robert Moore, defendant, have been informed that an (*indictment*, *information*, *complaint*) is pending against me in the above designated cause. I wish to plead Guilty to the offense charged, to consent to the disposition of the case in the Southern District of Florida in which I, am held, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: December 12, 2016 at 3:07 PM

Lee Robert Moore        L. M_____
*(Defendant)*

RRosen-Evans
*(Witness)*
Robin Rosen-Evans       RRosen-Evans
*(Counsel for Defendants)*
Corey Steinberg         Corey Steinberg  1/5/17
*(Assistant United States Attorney)*

Approved

Thomas J. Mulhall for Wifredo Ferrer        Charles M. Oberly III   12/21/16
United States Attorney for the              United States Attorney for the
01-03-2017
Southern _____ District of         _____ District of
Florida                                      Delaware

CERTIFIED: 1/9/17
AS A TRUE COPY:
ATTEST:
JOHN A. CERINO, CLERK
BY  F. Scarpati
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 15- 63 - UNA |
| ) | |
| LEE ROBERT MOORE, ) | |
| ) | |
| Defendant. ) | |

REDACTED

FILED
2015 DEC -2 AM 10: 16
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count 1

### (Attempted Transfer of Obscene Material to a Minor)

From on or about August 24, 2015 through on or about November 8, 2015, in the State and District of Delaware and elsewhere, the defendant, LEE ROBERT MOORE, did knowingly use a facility and means of interstate and foreign commerce, to wit: the Internet, to attempt to transfer obscene matter to another individual who had not attained the age of 16 years, knowing that the other individual had not attained the age of 16 years, in violation of Title 18, United States Code, Section 1470.

### Forfeiture Count

Upon conviction for violating Title 18, United States Code, Section 1470, as set forth in Count 1, the defendant, LEE ROBERT MOORE, shall forfeit to the United States any property, real or personal, constituting or derived from any proceeds that LEE ROBERT MOORE obtained directly or indirectly as a result of the aforementioned violations; and any and all

property, real or personal, used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations, including but not limited to the following:

1. iPhone 5 (space grey);

2. iPhone 6 (black);

3. Dell Desktop, Model D006D, Vostro, Serial #8284327461; and

4. HP Desktop, Model M1070N, Serial#MXK-43408BL

pursuant to Title 18, United States Code, Section 1467.

A TRUE BILL:

_____
Foreperson

CHARLES M. OBERLY, III
UNITED STATES ATTORNEY

By: _____
Edward J. McAndrew
Assistant United States Attorney

By: _____
Amy Larson
Trial Attorney, Child Exploitation
& Obscenity Section

Dated: December 2, 2015

CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
## CRIMINAL DOCKET FOR CASE #: 1:15-cr-00063-SLR-1

Case title: USA v. Moore
Magistrate judge case number: 1:15-mj-00163

Date Filed: 12/02/2015
Date Terminated: 01/09/2017

Assigned to: Judge Sue L. Robinson

### Defendant (1)

**Lee Robert Moore**
*TERMINATED: 01/09/2017*

represented by **Edson A. Bostic**
Federal Public Defender's Office
800 King Street, Suite 200
Wilmington, DE 19801
302-573-6010
Email: DE_ECF@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Eleni Kousoulis**
Federal Public Defender's Office
800 King Street, Suite 200
Wilmington, DE 19801
(302) 573-6010
Email: DE_ECF@fd.org
*ATTORNEY TO BE NOTICED*

### Pending Counts

None

### Disposition

### Highest Offense Level (Opening)

None

### Terminated Counts

18:1470 - ATTEMPTED TRANSFER OF OBSCENE MATERIAL TO A

### Disposition

RULE 20 TRANSFER TO THE SOUTHERN DISTRICT OF FLORIDA

MINOR - ( COUNT I - 8/24/2015
THRU 11/8/2015 )
(1)

### Highest Offense Level (Terminated)

Felony

### Complaints

18 U.S.C. 1470 - ATTEMPTED
TRANSFER OF OBSCENE
MATERIAL TO A MINOR (11/9/2015)

### Disposition

### Plaintiff

USA                                    represented by   **Edmond Falgowski**
                                                        U.S. Attorney's Office
                                                        The Nemours Building
                                                        1007 Orange Street, Suite 700
                                                        P.O. Box 2046
                                                        Wilmington, DE 19899-2046
                                                        (302) 573-6154
                                                        Fax: 302-573-6220
                                                        Email: edmond.falgowski@usdoj.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Edward J. McAndrew**
                                                        Ballard Spahr LLP
                                                        919 North Market Street
                                                        11th Floor
                                                        Wilmington, DE 19801-3034
                                                        302-252-4451
                                                        Fax: 302-252-4466
                                                        Email: mcandrewe@ballardspahr.com
                                                        *TERMINATED: 12/15/2015*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Retained*

                                                        **Elizabeth L. Van Pelt**
                                                        U.S. Attorney's Office
                                                        The Nemours Building
                                                        1007 Orange Street, Suite 700

P.O. Box 2046
Wilmington, DE 19899-2046
302-573-6118
Email: elizabeth.vanpelt@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E. Larson**
U.S. Department of Justice
Criminal Divison, Child Exploitation
and Obscenity Section
1400 New York Ave, NW
Suite 600
Washington, DC 20005
(202) 514-9834
Fax: (202) 514-1793
Email: Amy.larson@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Austin M. Berry**
U.S. Department of Justice, Criminal
Division
Child Exploitation and Obscenity
Section
1400 New York Ave., Suite 600
Washington, DC 20005
(202) 770-8846
Fax: (202) 514-1793
Email: austin.berry2@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/09/2015 | 1 | (SEALED)CRIMINAL COMPLAINT by HSI, sworn to before Judge Christopher J. Burke as to Lee Robert Moore (1). (To be maintained in the Clerk's Office for safekeeping) (dlk) [1:15-mj-00163] (Entered: 11/10/2015) |
| 11/09/2015 | 2 | REDACTED VERSION of D.I. 1 Complaint by USA as to Lee Robert Moore (dlk) [1:15-mj-00163] (Entered: 11/10/2015) |
| 11/16/2015 |  | Minute Entry for proceedings held before Judge Sherry R. Fallon - Initial Appearance as to Lee Robert Moore held on 11/16/2015. Deft. was present with counsel (Eleni Kousoulis, Esq. of FPD's office appointed); Govt. filed a motion to detain pending trial; Preliminary and Detention Hearing set for 11/19/2015 at 1:00 PM. (lih) [1:15-mj-00163] (Entered: 11/17/2015) |

| | | |
|---|---|---|
| 11/16/2015 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Lee Robert Moore. Appointment of Edson A. Bostic, Esq. for Lee Robert Moore. Signed by Judge Sherry R. Fallon on 11/16/2015. (lih) [1:15-mj-00163] (Entered: 11/17/2015) |
| 11/16/2015 | 4 | MOTION to Detain Pending Trial by USA as to Lee Robert Moore. (lih) [1:15-mj-00163] (Entered: 11/17/2015) |
| 11/16/2015 | 5 | ORDER OF TEMPORARY DETENTION as to Lee Robert Moore. A Detention Hearing is set for 11/19/2015 at 01:00 PM in Courtroom 6C before Judge Sherry R. Fallon. Signed by Judge Sherry R. Fallon on 11/16/2015. (lih) [1:15-mj-00163] (Entered: 11/17/2015) |
| 11/16/2015 | | Set Hearings as to Lee Robert Moore: A Detention Hearing is set for 11/19/2015 at 01:00 PM in Courtroom 6C before Judge Sherry R. Fallon. A Preliminary Hearing is set for 11/19/2015 at 01:00 PM in Courtroom 6C before Judge Sherry R. Fallon. (lih)[1:15-mj-00163] (Entered: 11/17/2015) |
| 11/17/2015 | 7 | Arrest Warrant Returned Executed on 11/13/2015 in case as to Lee Robert Moore. (dlk) [1:15-mj-00163] (Entered: 11/19/2015) |
| 11/19/2015 | 6 | BRIEF/MEMORANDUM in Support by USA as to Lee Robert Moore re 4 MOTION to Detain Pending Trial (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(McAndrew, Edward) [1:15-mj-00163] (Entered: 11/19/2015) |
| 11/19/2015 | | Minute Entry for proceedings held before Judge Sherry R. Fallon - Preliminary Hearing as to Lee Robert Moore held on 11/19/2015. Defendant was present with counsel. Deft. executed a waiver of preliminary hearing. Det. hrg continued until 12/2/2015 at 10:00 AM. Deft. ordered detained pending detention hearing. (lih) [1:15-mj-00163] (Entered: 11/19/2015) |
| 11/19/2015 | 8 | WAIVER of Preliminary Hearing by Lee Robert Moore (lih) [1:15-mj-00163] (Entered: 11/19/2015) |
| 11/19/2015 | | Minute Entry for proceedings held before Judge Sherry R. Fallon - Defendant was present with counsel; Detention Hearing as to Lee Robert Moore held on 11/19/2015 Defendant was present with counsel. Det. hrg continued until 12/2/2015 at 10:00 AM. (lih) [1:15-mj-00163] (Entered: 11/19/2015) |
| 11/19/2015 | | ORAL ORDER as to Lee Robert Moore: IT IS HEREBY ORDERED that: the detention hearing set in this matter for today is continued until 12/2/2015 at 09:00 AM in Courtroom 6C before Judge Sherry R. Fallon. On or before 11/30/2015, the defendant shall file a response to 4 Motion to detain pending trial. Ordered by Judge Sherry R. Fallon on 11/19/2015. (lih) [1:15-mj-00163] (Entered: 11/19/2015) |
| 11/30/2015 | 9 | NOTICE OF ATTORNEY APPEARANCE: Eleni Kousoulis appearing for Lee Robert Moore (Kousoulis, Eleni) [1:15-mj-00163] (Entered: 11/30/2015) |

| | | |
|---|---|---|
| 11/30/2015 | 10 | RESPONSE to Motion by Lee Robert Moore re 4 MOTION to Detain Pending Trial (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Kousoulis, Eleni) [1:15-mj-00163] (Entered: 11/30/2015) |
| 12/01/2015 | | ORAL ORDER as to Lee Robert Moore: IT IS HEREBY ORDERED that: the detention hearing set for 12/2/2015 is CANCELLED until further notice. Ordered by Judge Sherry R. Fallon on 12/1/2015. (lih) [1:15-mj-00163] (Entered: 12/01/2015) |
| 12/02/2015 | 11 | INDICTMENT with a Notice of Forfeiture as to Lee Robert Moore (1) count 1. ( Original SEALED - to be maintained in the Clerk's Office ). (kjk) (Entered: 12/02/2015) |
| 12/02/2015 | 12 | REDACTED VERSION of 11 Indictment with a Notice of Forfeiture by USA as to Lee Robert Moore. (kjk) (Entered: 12/02/2015) |
| 12/04/2015 | | ORAL ORDER as to Lee Robert Moore- A Detention Hearing and Initial Appearance is set for 12/9/2015 at 09:30 AM in Courtroom 6C before Judge Sherry R. Fallon. Ordered by Judge Sherry R. Fallon on 12/4/2015. (lih) (Entered: 12/04/2015) |
| 12/07/2015 | | ORAL ORDER- Pursuant to the request of counsel, IT IS HEREBY ORDERED that: the Detention Hearing and Initial Appearance set for 12/9/2015 is RESCHEDULED to 12/8/2015 at 12:00 PM in Courtroom 6C before Judge Sherry R. Fallon. Ordered by Judge Sherry R. Fallon on 12/7/2015. (lih) (Entered: 12/07/2015) |
| 12/08/2015 | | Minute Entry for proceedings held before Judge Sherry R. Fallon - Initial Appearance as to Lee Robert Moore held on 12/8/2015. Deft. was present with counsel (Eleni Kousoulis, Esq. of FPD's office). (lih) (Entered: 12/08/2015) |
| 12/08/2015 | | Minute Entry for proceedings held before Judge Sherry R. Fallon - Defendant was present with counsel; Detention Hearing as to Lee Robert Moore held on 12/8/2015 Defendant was present with counsel (Eleni Kousoulis, Esq. of FPD's office); Govt's motion for detention; GRANTED. Deft. ordered detained pending trial. (lih) (Entered: 12/08/2015) |
| 12/08/2015 | | ORAL ORDER as to Lee Robert Moore granting 4 MOTION to Detain Pending Trial filed by USA (a written order will follow). Signed by Judge Sherry R. Fallon on 12/8/2015. (lih) (Entered: 12/09/2015) |
| 12/08/2015 | 13 | WITNESS LIST as to Lee Robert Moore (lih) (Entered: 12/09/2015) |
| 12/08/2015 | | Minute Entry for proceedings held before Judge Sherry R. Fallon - Defendant was present with counsel Arraignment as to Lee Robert Moore (1) Count 1 held. Not Guilty Plea Entered. Pretrial Motions due by 1/8/2016. (lih) (Entered: 12/09/2015) |
| 12/08/2015 | 14 | ORDER TO CONTINUE in the Interests of Justice in order to file pretrial motions as to Lee Robert Moore. Time excluded from 12/8/2015 until 1/8/2016. Pretrial Motions due by 1/8/2016. Signed by Judge Sherry R. Fallon on 12/8/2015. (lih) |

| | | |
|---|---|---|
| | | (Entered: 12/09/2015) |
| 12/09/2015 | | Case assigned to Judge Sue L. Robinson, as to Lee Robert Moore. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb) (Entered: 12/09/2015) |
| 12/15/2015 | 15 | NOTICE OF SUBSTITUTION OF COUNSEL: Entry of appearance of attorney Edmond Falgowski. Attorney Edward J. McAndrew terminated in case as to Lee Robert Moore. (Falgowski, Edmond) (Entered: 12/15/2015) |
| 12/18/2015 | 16 | ORDER OF DETENTION as to Lee Robert Moore. Signed by Judge Sherry R. Fallon on 12/18/2015. (lih) (Entered: 12/18/2015) |
| 12/21/2015 | 17 | NOTICE OF ATTORNEY APPEARANCE: Amy E. Larson appearing for USA. (Larson, Amy) (Entered: 12/21/2015) |
| 01/08/2016 | 18 | MOTION for Extension of Time to File *Pretrial Motions* by Lee Robert Moore. (Attachments: # 1 Text of Proposed Order)(Kousoulis, Eleni) (Entered: 01/08/2016) |
| 01/12/2016 | 19 | ORDER as to Lee Robert Moore granting 18 MOTION for Extension of Time to File *Pretrial Motions* filed by Lee Robert Moore. ( Pretrial Motions due by 2/25/2016). Signed by Judge Sue L. Robinson on 1/12/2016. (fms) (Entered: 01/12/2016) |
| 02/26/2016 | 20 | ORDER as to Lee Robert Moore. A Telephone Conference is set for 3/15/2016 at 08:30 AM before Judge Sue L. Robinson. Time is excluded from 2/26/2016 until 3/15/2016. Signed by Judge Sue L. Robinson on 2/26/2016. Signed by Judge Sue L. Robinson on 2/26/2016. (fms) (Entered: 02/26/2016) |
| 03/15/2016 | | Minute Entry for proceedings held before Judge Sue L. Robinson - Telephone Conference as to Lee Robert Moore held on 3/15/2016 (Court Reporter V. Gunning.) (nmfn) (Entered: 03/15/2016) |
| 03/15/2016 | 21 | ORDER as to Lee Robert Moore. A Telephone Conference is set for 5/5/2016 at 04:30 PM before Judge Sue L. Robinson. Time is excluded from 3/15/2016 until 5/5/2016. Signed by Judge Sue L. Robinson on 3/15/2016. (fms) (Entered: 03/15/2016) |
| 05/05/2016 | | Minute Entry for proceedings held before Judge Sue L. Robinson - Telephone Conference as to Lee Robert Moore held on 5/5/2016 (Court Reporter V. Gunning.) (nmfn) (Entered: 05/05/2016) |
| 05/09/2016 | 22 | ORDER as to Lee Robert Moore. A Telephone Conference is set for 7/19/2016 at 03:00 PM before Judge Sue L. Robinson. Time between this order and the teleconference shall be excluded. Signed by Judge Sue L. Robinson on 5/6/2016. (fms) (Entered: 05/09/2016) |
| 07/07/2016 | 23 | NOTICE OF ATTORNEY APPEARANCE: Austin M. Berry appearing for USA. (Berry, Austin) (Entered: 07/07/2016) |

| 07/19/2016 |    | Minute Entry for proceedings held before Judge Sue L. Robinson - Telephone Conference as to Lee Robert Moore held on 7/19/2016 (Court Reporter V. Gunning.) (fms) (Entered: 07/19/2016) |
|---|---|---|
| 07/20/2016 | 24 | MOTION to Exclude *Time* by Lee Robert Moore. (Attachments: # 1 Text of Proposed Order)(Kousoulis, Eleni) (Entered: 07/20/2016) |
| 07/20/2016 | 25 | ORDER as to Lee Robert Moore re 24 MOTION to Exclude *Time* filed by Lee Robert Moore. The period from 7/19/2016 until the date Mr. Moore is returned to the District of Delaware is excluded under the Speedy Trial Act. Signed by Judge Sue L. Robinson on 7/20/2016. (fms) (Entered: 07/20/2016) |
| 10/03/2016 | 26 | NOTICE OF ATTORNEY APPEARANCE: Elizabeth L. Van Pelt appearing for USA. (Van Pelt, Elizabeth) (Entered: 10/03/2016) |
| 01/05/2017 | 27 | MOTION (No Judicial Determination Requested) filed by USA as to Lee Robert Moore *Consent to Transfer Case Under Rule 20* (Falgowski, Edmond) (Entered: 01/05/2017) |
| 01/09/2017 | 28 | CONSENT TO TRANSFER JURISDICTION (Rule 20) electronically to United States District Court for the Southern District of Florida. Count closed as to Lee Robert Moore (1) Count 1. (fms) (Entered: 01/09/2017) |
| 01/09/2017 | 29 | EXIT RECORD to United States District Court for the Southern District of Florida. (fms) (Entered: 01/09/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/09/2017 14:45:54 | | | |
| **PACER Login:** | ux3612:3044022:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:15-cr-00063-SLR Start date: 1/1/1970 End date: 1/9/2017 |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

John A. Cerino
CLERK

UNIT 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 9, 2017

Clerk
United States District Court for the Southern District of Florida

Dear Clerk's Office Staff:

    The case of U.S.A. v. Lee Robert Moore is being transferred to your Court from the U.S. District Court for the District of Delaware. Kindly acknowledge receipt by signing and returning a copy of this letter.

    Using your PACER account, you can retrieve the docket and any unrestricted items using the Delaware case number **1:15cr63-001 SLR**.

    Our Financial Staff has been copied with this information so they can notify you if there are any bail, passport or criminal debt matters in this case.

    Your address was obtained from the Criminal Transfer Process page, hosted by the Northern District of Texas. Address changes can be made by emailing InterDistrictTransfer_TXND@txnd.uscourts.gov. If you should need anything additional, I can be reached by email or by dialing 302-573-6170.

                      Sincerely,

                        John A. Cerino
                        Clerk of Court

                      By:___/s/ Francesca Scarpato_____
                              Deputy Clerk

Enc.

cc: U.S. Probation
    Financial Administrator

**I hereby acknowledge receipt of the documents in the above captioned case.**

_____     _____
**Date**          **Signature**