UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60002-CR-BLOOM

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

LEE ROBERT MOORE,
    Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION REQUEST FOR
TRANSFER OF RULE 20 CASE**

    Defendant, Lee Robert Moore, through undersigned counsel, files this unopposed request for the transfer of the instant Rule 20 case to Judge HURLEY for disposition with Case No. 16-60157-Cr-HURLEY. As grounds for this request, Defendant states:

    1. Defendant is presently before the Court on charges of transferring obscene materials to minors which case was transferred to this District pursuant to Rule 20 from the District of Delaware.

    2. Defendant presently has pending before Judge HURLEY charges of child enticement and attempted production of child pornography. As part of plea negotiations with the government, the parties agreed to Rule 20 from the District of Delaware Defendant's pending charge of transfer of obscene materials to a minor. The Delaware charge has been transferred to this District and drew this Court in Case No. 17-60002-Cr-BLOOM.

    3. Local Rule 3.9C provides for the transfer of an action or proceeding which

1

involves subject matter which is a material part of the subject matter of another action or proceeding pending before the Court, and the transfer of which will provide for judicial economy. The parties have contemplated that Defendant would enter a guilty plea to the conduct charged in 17-60002-Cr-BLOOM as part of any plea disposition in 16-60157-Cr-HURLEY. The parties therefore request this Court accept transfer the instant case to Judge HURLEY for disposition with 16-60157-Cr-HURLEY. Defendant is filing, simultaneous with the filing of the instant motion, a similar motion requesting the acceptance of the instant case, with Judge HURLEY.

3. Undersigned counsel has conferred with Asst. United States Attorney Corey Steinberg who has no objection to the granting of this motion.

WHEREFORE, Defendant respectfully requests this Court grant his motion for transfer of the instant case to Judge HURLEY for disposition with 16-60157-Cr-HURLEY.

                              Respectfully submitted,

                              MICHAEL CARUSO
                              Federal Public Defender

By:   s/*Robin C. Rosen-Evans*
       Robin C. Rosen-Evans
       Assistant Federal Public Defender
       Florida Bar No. 438820
       450 Australian Ave. S., Ste. 500
       West Palm Beach, Florida 33401
       Tel: (561) 833-6288
       Fax: (561) 833-0368
       E-mail: *Robin_Rosen-Evans@fd.org*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Robin C. Rosen-Evans*
Robin C. Rosen-Evans
