UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60002-CR-BLOOM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LEE ROBERT MOORE,

    Defendant.
_____/

### ORDER OF TRANSFER

**GOOD CAUSE** appearing that a transfer of this case is appropriate pursuant to Internal Operating Procedure 2.15.00 of the United States District Court for the Southern District of Florida because of related Case Number **16-60157-CR-HURLEY**, and subject to the consent of the Honorable Daniel T. K. Hurley, it is

**ORDERED AND ADJUDGED** that the above numbered case as to Defendant, Lee Robert Moore, is transferred to the calendar of Judge Daniel T. K. Hurley for all further proceedings.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of January, 2017.

                                                              BETH BLOOM
                                                              UNITED STATES DISTRICT JUDGE

cc:    counsel of record

After reviewing the file in the above numbered case, the undersigned accepts the transfer of this case. Therefore, it is

**ORDERED AND ADJUDGED** that all pleadings filed after this date shall bear the following case number, **17-60002-CR-HURLEY**, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this _11_ day of January, 2017.

DANIEL T.K. HURLEY
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of record