UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   17-60002-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT LEE MOORE,

    Defendant.

_____:

**NOTICE OF REQUEST FOR DISCLOSURES OF
EXPERT WITNESS SUMMARIES**

The defendant, through undersigned counsel, files this notice of request for disclosures of expert witness summaries pursuant to Fed. R. Crim. P. 16(a)(1)(G) and paragraph N of the Standing Discovery Order. The defendant requests disclosure of expert testimony the government intends to introduce at trial during its case-in-chief. As to each potential expert witness, the government should disclose the name of the expert witness, the witness' qualifications, present employment, a summary of the witness' opinion, and the bases and reasons for the opinion. *See, e.g., United States v. Ortega*, 150 F.3d 937, 943 (8th Cir. 1998)(agent's

1

testimony, involving specialized knowledge of drug-related activities and paraphernalia, was expert opinion subject to disclosure).

                Respectfully submitted,

                MICHAEL CARUSO
                Federal Public Defender

By:   s/*Robin C. Rosen-Evans*
       Robin C. Rosen-Evans
       Assistant Federal Public Defender
       Florida Bar No. 438820
       450 Australian Ave. S., Ste. 500
       West Palm Beach, Florida 33401
       Tel: (561) 833-6288
       Fax: (561) 833-0368
       E-mail: *Robin_Rosen-Evans@fd.org*

CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/<u>*Robin C. Rosen-Evans*</u><br>
Robin C. Rosen-Evans