UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cr-60002-Hurley

UNITED STATES OF AMERICA,

v.

LEE ROBERT MOORE,

       Defendant.
_____/

## DETENTION ORDER

Defendant, LEE ROBERT MOORE, appeared before the Court on January 19, 2017, represented by counsel, for a detention hearing. Defendant was charged by Indictment in the District of Delaware with Attempted Transfer of Obscene Material to a Minor in violation of 18 U.S.C. § 1470. Defendant consented to transferring jurisdiction to this District so that the instant case may be resolved with the related Case No. 16-60157. At this time, Defendant agrees to pretrial detention on the instant case, without prejudice to later renew a motion for hearing with respect to the issue of detention.

Accordingly, it is hereby **ORDERED** that Defendant is **DETAINED** without prejudice to Defendant's right to bring a motion for hearing with respect to the issue of detention. The Court also directs that Defendant be afforded reasonable opportunity for private consultation with counsel; and the Court directs that, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined deliver Defendant to a U.S. Marshal for the purpose of an appearance in connection with a court proceeding.

**DONE AND ORDERED** in Chambers at West Palm Beach in the Southern District of Florida, this 26th day of January, 2017.

DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE