UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA,                CASE NUMBER 17-60002-CR-HURLEY

    Plaintiff,

vs.

LEE ROBERT MOORE,

    Defendant.
_____/

### DEFENDANT MOORE'S MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW, Defendant LEE ROBERT MOORE (hereinafter "Moore"), by and through his undersigned attorneys and files this, his Motion For Substitution of Counsel and in support thereof would state:

1. This cause is currently set as a Rule 20 transfer as a companion to 16-60157-CR-HURLEY for a change of plea before this Honorable Court.

2. Undersigned counsel was advised in open court that there would be no continuance of trial in 16-60157-CR-HURLEY, but that there will be several weeks to prepare for trial.

3. Defendant Moore seeks a change of counsel from Assistant Federal Defender Robin Rosen-Evans to the undersigned private counsel.

4. The fees for the undersigned private counsel were paid by a family member of the defendant.

5. Assistant Federal Defender Robin Rosen-Evans has filed a motion for Termination of Appointment from the instant representation.

5. This motion is made in good faith, not for dilatory purposes and as a supplement to the

discussions held on the record in open court on February 7, 2017.

6. Undersigned counsel only seeks substitution in this case in the event that the defendant decides to enter a plea of guilty to the instant cause and to 16-60157-CR-HURLEY. Otherwise the case will be returned to the District Court in the State of Delaware.

WHEREFORE Defendant Lee Robert Moore prays this Honorable Court enter an Order allowing the substitution of counsel from Assistant Federal Defender Robin Rosen-Evans to attorney Bruce Lehr.

> Respectfully submitted,
>
> LEHR LEVI & MENDEZ, P.A.
> Attorneys for Defendant Moore
> Suite 910
> 1401 Brickell Avenue
> Miami, Florida 33131
> (305) 377-1777
>
> BY  /S/ *Bruce H. Lehr*
>    BRUCE H. LEHR
>    Florida Bar Number 318930

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties of record via transmission of Notices of Electronic Filing generated by CM/ECF.

> /S/ *Bruce H. Lehr*
> BRUCE H. LEHR