UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA,   CASE NUMBER 17-60002-CR-HURLEY

    Plaintiff,

vs.

LEE ROBERT MOORE,

    Defendant.
_____/

## NOTICE OF PERMANENT APPEARANCE

Pursuant to Southern District of Florida Local Rule 88.7, **Bruce H. Lehr,** Esquire, enters this Notice of Permanent Appearance as counsel for the Defendant above-named. This appearance is only for proceedings under this case number in the Southern District of Florida, not in the event of a return to the District Court of Delaware. This appearance does **not** encompass any appellate representation.

    Respectfully submitted,

    LEHR LEVI & MENDEZ, P.A.
    Attorneys for Defendant Moore
    Suite 910
    1401 Brickell Avenue
    Miami, Florida 33131
    (305) 377-1777

    BY __/S/ *Bruce H. Lehr*_____
       BRUCE H. LEHR
       Florida Bar Number 318930

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties of record via transmission of Notices of Electronic Filing generated by CM/ECF.

    /S/ *Bruce H. Lehr*
BRUCE H. LEHR