UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBERS: 16-CR-60157
17-CR-60002

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LEE ROBERT MOORE,

    Defendant.
_____/

**DEFENDANT LEE ROBERT MOORE'S MOTION FOR
DOWNWARD DEPARTURE AND VARIANCE**

    Defendant LEE ROBERT MOORE (hereinafter "Mr. Moore"), by and through his undersigned counsel, files this Motion for Downward Departure and Variance in the above styled cause pursuant to United States Sentencing Guidelines §5H1.11 and Title 18, United States Code, Section 3553.

    Mr. Moore respectfully requests that a downward departure be granted based on his military and government service pursuant to U.S.S.G. §5H1.11. Additionally, Mr. Moore respectfully requests that this Honorable Court sentence him below the advisory Guidelines range based on his history and characteristics, family circumstances, the need to avoid unwarranted sentencing disparity, the need for rehabilitation, and the need to provide restitution.

    WHEREFORE, Defendant LEE ROBERT MOORE respectfully requests that this Honorable

Court grant the instant motion and sentence him below the advisory Guidelines range.

        Respectfully submitted,

        LEHR LEVI & MENDEZ, P.A.
        Attorneys for Mr. Moore
        1401 Brickell Avenue, Suite 910
        Miami, Florida 33131
        Tel:  (305) 377-1777
        Fax: (305) 377-0087

        BY /s/ Sherleen M. Mendez
        SHERLEEN M. MENDEZ
        Florida Bar No. 513571

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties of record via transmission of Notices of Electronic Filing generated by CM/ECF.

            /s/ Sherleen M. Mendez
            SHERLEEN M. MENDEZ